# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE SALDANA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　Defendant. | Case No.: 1:16-cv-00484-DAD -JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 24) |

On October 14, 2016, the parties notified the Court that the parties have settled the action. (Doc. 24) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **December 13, 2016**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **October 20, 2016**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE