UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE SALDANA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT USA, INC.,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-00484-DAD -JLT<br><br>ORDER GRANTING IN PART THE REQUEST FOR AN EXTENSION OF TIME TO FILE THE DISMISSAL DOCUMENTS<br><br>(Docs. 26, 27) |

On December 9, 2016, the plaintiff's counsel notified the Court that the parties needed more time to complete the settlement documents. (Doc. 2) He reported that he was "having trouble getting in contact with Plaintiff to receive input on revisions and sign the agreement" and requested 90 additional days to complete the settlement. (Doc. 26) On December 12, 2016, the parties filed a stipulation seeking the same relief and demonstrating the defendant had no objection to the extension of time. (Doc. 27)

Counsel does not report how long he has attempted to reach the plaintiff, whether she has moved or disconnected her telephone or other details that would allow the Court to determine why 90 days to reach Ms. Saldana is needed. Thus, though the Court will grant an extension of time, there is no showing that 90 days is needed and, indeed if it is, it appears that Ms. Saldana has lost all interest in this case and her attorney is ethically bound to seek to withdraw. Thus, the Court **ORDERS**:

　　1.　　The stipulation to dismiss the action **SHALL** be filed no later than **February 3, 2017**;

2. In the event the plaintiff's counsel has not had contact for the purpose of completing the settlement agreement, he **SHALL** file his motion to withdraw no later than **February 3, 2017.**

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **December 13, 2016**                              **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE