1  GREGORY C. CHENG, CA Bar No. 226865
   gregory.cheng@ogletreedeakins.com
2  MICHAEL D. WILSON, JR., CA Bar No. 233334
   michael.wilson@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA 94105
5  Telephone:     415.442.4810
   Facsimile:     415.442.4870
6
   Attorneys for Defendant
7  HOME DEPOT U.S.A., INC.

8

9  LAWRENCE W. FREIMAN, CA Bar No. 288917
   lawrence@freimanlaw.com
   MICHAEL J. FREIMAN, CA Bar No. 280716
10 michael@freimanlaw.com
   FREIMAN LAW
11 100 WILSHIRE BLVD., STE. 700
   Santa Monica, CA 90401
12 Telephone:     310.917.1024
   Facsimile:     888.835.8511
13
   Attorneys for Plaintiff
14 YVONNE SALDANA

15

16                    **UNITED STATES DISTRICT COURT**

17                    **EASTERN DISTRICT OF CALIFORNIA**

18

19 YVONNE SALDANA,                          Case No. 1:16-cv-00484-DAD-JLT

20            Plaintiff,                     **STIPULATION AND ORDER CLOSING
                                             THE ACTION**
21       v.
                                             (Doc. 29)
22 HOME DEPOT USA, INC.; and DOES 1
   through 20, inclusive,
23
              Defendant.
24

25

26

27

28

                                                      Case No. 1:16-cv-00484-DAD-JLT

1       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Yvonne Saldana

2  ("Saldana") and Defendant Home Depot U.S.A., Inc. ("Home Depot") (Saldana and Home

3  Depot collectively hereinafter "the Parties"), by and through their respective counsel of record,

4  stipulate and request that the entire above-captioned action be dismissed with prejudice, with

5  each side to bear its own costs and fees.  The Parties further stipulate and request that Judge Dale

6  A. Drozd of the United States District Court for the Eastern District of California or his

7  successor retain jurisdiction to enforce the provisions of the Agreement and over any matters or

8  actions brought to enforce said Agreement.

9

10  DATED:  January 18, 2017           FREIMAN LAW

11

12                          By:   /s/ Lawrence Freiman
13                              LAWRENCE W. FREIMAN
                            MICHAEL J. FREIMAN

14                         Attorneys for Plaintiff
                       YVONNE SALDANA
15

16                         *(counsel's signature as authorized on 01/18/17)*

17

18  DATED:  January 18, 2017           OGLETREE, DEAKINS, NASH, SMOAK &
                       STEWART, P.C.

19

20                          By:   /s/ Gregory C. Cheng
21                              GREGORY C. CHENG
                            MICHAEL D. WILSON, JR.

22                         Attorneys for Defendant
23                         HOME DEPOT U.S.A., INC.

24

25

26

27

28

Case No. 1:16-cv-00484-DAD-JLT
STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**ORDER**

On January 18, 2017, the parties filed a stipulation to dismiss the action. (Doc. 29)  The parties agree that the matter will be dismissed with prejudice, that each side will bear their own costs and fees and that the Court will retain jurisdiction to enforce the settlement agreement.

Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   __**January 18, 2017**__                    ____**/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE